

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BANK OF AMERICA HOME
AFFORDABLE MODIFICATION PROGRAM
(HAMP) CONTRACT LITIGATION

E-filing

MDL No. 2193

C-10-4294-EMC

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO−1)

On October 8, 2010, the Panel transferred 7 civil action(s) to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* (J.P.M.L. ). Since that time, no additional action(s) have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Rya W Zobel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Zobel.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Massachusetts for the reasons stated in the order of October 8, 2010, and, with the consent of that court, assigned to the Honorable Rya W Zobel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 15, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: BANK OF AMERICA HOME
AFFORDABLE MODIFICATION PROGRAM
(HAMP) CONTRACT LITIGATION                                    MDL No. 2193

### SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 10-04294 | Wilkerson v. Bank of America Home Loans Servicing, LP et al |
| **GEORGIA SOUTHERN** | | | |
| GAS | 2 | 10-00145 | Wood v. Bank of America et al |
| **OREGON** | | | |
| OR | 3 | 10-01067 | Langen v. Bank of America, N.A. et al |
| **PENNSYLVANIA EASTERN** | | | |
| PAE | 2 | 10-05109 | LIGHTMAN et al v. BANK OF AMERICA et al |

I hereby certify on 11/15/10 .... 
foregoing document issued ... not copy of the
☐ electronic docket in the captioned case
☑ electronically filed original filed on 11/15/10
☐ original filed in my office on _____
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk